UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SSC8, LLC and WMAC 2014, LLC

    Plaintiffs,

                                          Case No.:

v.

NANCY C. MILLAN, Hillsborough
County Tax Collector, and
CHARLES W. THOMAS, Pinellas
County Tax Collector

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

**To:**    **Hillsborough County Tax Collector**
          **Nancy C. Millan, as Tax Collector**
          **601 E. Kennedy Blvd.**
          **County Center, 14th Floor**
          **Tampa, Florida 33602**

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nicole Deese Newlon, Esquire
Johnson, Cassidy, Newlon & DeCort, P.A.
2802 N. Howard Avenue
Tampa, Florida  33607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
                                             Signature of Clerk or Deputy Clerk