IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SSC8, LLC and WMAC 2014, LLC,

    Plaintiffs,

v.                                                           8:21-cv-00407-WFJ-CPT

NANCY C. MILLAN, in her
official capacity as Hillsborough
County Tax Collector, and
CHARLES W. THOMAS, in his
official capacity as Pinellas County
Tax Collector,

    Defendants.
_____/

## STIPULATED ORDER OF DISMISSAL

THIS CAUSE, having come before the Court on the parties' Joint Stipulation and Motion for Entry of Stipulated Order of Dismissal (Dkt. 23), and the Court, having reviewed the Joint Stipulation and being otherwise duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The parties' joint motion (Dkt. 23) is granted. The parties' joint stipulation is hereby ratified, confirmed, approved, and incorporated herein.

2. This cause of action is DISMISSED *without prejudice.*

3. The Clerk is directed to terminate all pending motions/deadlines and close the case.

**DONE AND ORDERED** at Tampa, Florida, on March 18, 2021.

                                                          WILLIAM F. JUNG
                                                          UNITED STATES DISTRICT JUDGE